**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>2219 N. RANCHO DRIVE, APARTMENT A1003, LAS VEGAS, NV 89129, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:24-mj-00806-EJY<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 6th day of November, 2024.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1